IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60354
Summary Calendar
_____


ELIUS REED,

                                        Plaintiff-Appellant,

versus

THE POLICE DEPARTMENT OF THE CITY
OF MERIDIAN, MISSISSIPPI; ET AL,

                                        Defendants-Appellees,

versus

ROBERT F. BRAND, DET.; ET AL,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:93-CV-162W
- - - - - - - - - -
March 9, 1998
Before JOLLY, BENAVIDES and PARKER, Circuit Judges.

PER CURIAM:[*]

    Elius Reed appeals the dismissal of his civil rights

complaint alleging that the district court abused its discretion

in denying Reed's motion for a default judgment, improperly

granted the defendants a stay of discovery, and erred in granting

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

the defendants' motions to dismiss.  We have reviewed the record
and the briefs of the parties and find no reversible error.

Reed's claims bought under 42 U.S.C. § 1983 are barred for
failure to satisfy <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994).

AFFIRMED.